**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Houston Livestock Show & Rodeo, Inc.

Appellate case number:    01-18-00825-CV

Trial court case number:    2017-19367

Trial court:               334th District Court of Harris County

      Real party in interest, Dolcefino Communications, LLC d/b/a Dolcefino Consulting, has filed an "Emergency Motion for Clarification and Stay." The motion is **denied**.

      It is so ORDERED.

Judge's signature: _/s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: _September 19, 2018___